# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Timothy A. Wolfe,

      Plaintiff,                             Civil No. 09-2315 (RHK/SRN)

vs.                                  **DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

SmithKline Beecham Corporation,
GlaxoSmithKline, SmithKline Beecham
Corporation d/b/a GlaxoSmithKline,

      Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: September 2, 2009

                                                        s/Richard H. Kyle
                                                        RICHARD H. KYLE
                                                        United States District Judge